MORGAN, LEWIS & BOCKIUS LLP
Brian D. Berry, Bar No. 229893
Andrea Fellion, Bar No. 262278
Kassia Stephenson, Bar No. 336175
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:  +1.415.442.1001
brian.berry@morganlewis.com
andrea.fellion@morganlewis.com
kassia.stephenson@morganlewis.com

Attorneys for Defendant
TESLA, INC.

*[Additional Counsel Listed on the Next Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO JUAREZ RUIZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation d/b/a TESLA MOTORS, INC.; ATLANTIC SOLUTIONS GROUP INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00693 FMO (KKx)<br><br>**STIPULATION TO CORRECT SEPTEMBER 19, 2022 ORDER PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 60(A)**<br><br>Complaint filed: November 22, 2021<br>Trial date:        Not set |

1  MOON & YANG, APC
   Kane Moon, Bar No. 249834
2  Allen Feghali, Bar No. 301080
   Enzo Nabiev, Bar No. 332118
3  1055 W. Seventh Street, Suite 1880
   Los Angeles, CA  90017
4  Tel:  +1.213.232.3128
   Fax:  +1.213.232.3125
5  kane.moon@moonyanglaw.com
   allen.feghali@moonyanglaw.com
6  enzo.nabiev@moonyanglaw.com

7  Attorneys for Plaintiff
   ROCIO JUAREZ RUIZ
8
   AFFELD GRIVAKES LLP
9  Damion Robinson, Bar No. 262573
   2049 Century Park East, Suite 2460
10 Los Angeles, CA  90067
   Tel: +1.310.979.8700
11 Fax: +1.310.979.8701
   dr@agzlaw.com
12
   Attorneys for Defendant
13 ATLANTIC SOLUTIONS GROUP INC.

---

Case No. 5:22-cv-00693 FMO (KKx)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CORRECT
SEPTEMBER 19, 2022 ORDER
PURSUANT TO FRCP 60(a)

|   |   |
|---|---|
| 1 | This Stipulation to Correct the Court's September 19, 2022 Order Pursuant to |
| 2 | Federal Rules of Civil Procedure, Rule 60(a) is made by and between Plaintiff |
| 3 | Rocio Juarez Ruiz ("Plaintiff"), Defendant Tesla, Inc. d/b/a Tesla Motors, Inc. |
| 4 | ("Tesla"), and Defendant Atlantic Solutions Group Inc. ("Atlantic Solutions"), by |
| 5 | and through their respective undersigned counsel of record, based upon the |
| 6 | following facts: |
| 7 | WHEREAS, on November 22, 2021, Plaintiff filed a class action complaint |
| 8 | in this action against Defendant alleging violations of California law for: (1) |
| 9 | failure to pay minimum and straight time wages; (2) failure to pay overtime |
| 10 | wages; (3) failure to provide meal periods, (4) failure to authorize and permit rest |
| 11 | periods, (5) failure to timely pay final wages at termination, (6) failure to provide |
| 12 | accurate itemized wage statements, and (7) unfair business practices; |
| 13 | WHEREAS, on March 11, 2021, Plaintiff filed a First Amended Complaint |
| 14 | adding an additional cause of action for civil penalties under California's Private |
| 15 | Attorneys General Act of 2004 ("PAGA"); |
| 16 | WHEREAS, on April 22, 2022, Defendants removed this case to federal |
| 17 | court under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2); |
| 18 | WHEREAS, Plaintiff sought to file a Second Amended Complaint in this |
| 19 | Court; |
| 20 | WHEREAS, the Parties previously conferred, and agreed that, subject to |
| 21 | Court approval, Plaintiff should be permitted to file the Second Amended |
| 22 | Complaint, which includes claims only under PAGA; |
| 23 | WHEREAS, on September 16, 2022, the Parties filed a Joint Stipulation |
| 24 | and Proposed Order requesting leave for Plaintiff to file the Second Amended |
| 25 | Complaint; |
| 26 | WHEREAS, the Joint Stipulation correctly provided that "Defendants shall |
| 27 | file a response to the Second Amended Complaint within 30 days of its filing"; |
| 28 |   |

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

Case No. 5:22-cv-00693 FMO (KKx)

1

STIPULATION TO CORRECT
SEPTEMBER 19, 2022 ORDER
PURSUANT TO FRCP 60(a)

1     WHEREAS, the Proposed Order that was submitted with this filing inadvertently and incorrectly stated that "Defendants' response to the Second Amended Complaint shall be due within 30 days of the filing of the ***First*** Amended Complaint" (emphasis added);

    WHEREAS, the Parties intended that, consistent with the Joint Stipulation, the Proposed Order would provide that "Defendants' response to the Second Amended Complaint shall be due within 30 days of the filing of the ***Second*** Amended Complaint" (emphasis added);

    WHEREAS, on September 19, 2022, the Court granted the Parties' Joint Stipulation and adopted the Proposed Order, which contained this typographical error;

    WHEREAS, pursuant to Federal Rule of Civil Procedure ("FRCP"), Rule 60(a), the Parties wish to correct this typographical error in the September 19, 2022 Order, and change the word "First" to "Second" consistent with the Parties' intended language and the language provided in the corresponding Joint Stipulation;

    NOW, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

    The September 19, 2020 Order, which reads "Defendants' response to the Second Amended Complaint shall be due within 30 days of the filing of the First Amended Complaint" shall be corrected to read "Defendants' response to the Second Amended Complaint shall be due within 30 days of the filing of the ***Second*** Amended Complaint".

| | | |
|---|---|---|
| 1 | Dated:  September 22, 2022 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By:  /s/ *Brian D. Berry* |
| | | Brian D. Berry |
| | | Andrea Fellion |
| 4 | | Kassia Stephenson |
| 5 | | Attorneys for Defendant |
| | | TESLA, INC. |
| 6 | | |
| 7 | Dated:  September 22, 2022 | MOON & YANG, APC |
| 8 | | By:  /s/ *Enzo Nabiev* |
| | | Kane Moon |
| 9 | | Allen Feghali |
| | | Enzo Nabiev |
| 10 | | |
| 11 | | Attorneys for Plaintiff |
| | | ROCIO JUAREZ RUIZ |
| 12 | | |
| 13 | Dated:  September 22, 2022 | AFFELD GRIVAKES LLP |
| 14 | | By:  /s/ *Damion Robinson* |
| | | Damion Robinson |
| 15 | | |
| | | Attorneys for Defendant |
| 16 | | ATLANTIC SOLUTIONS GROUP INC. |

## **ATTESTATION**

I, Brian D. Berry, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 22, 2022        MORGAN LEWIS & BOCKIUS LLP

                                 By: /s/ Brian D. Berry
                                         Brian D. Berry